# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FRANK A. DAMATO, Jr. | § | Case No. 14-02322 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/27/2014 . The undersigned trustee was appointed on 01/27/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 204,970.81 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 132,731.86 |
| Administrative expenses | | 30,002.58 |
| Bank service fees | | 2,053.57 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 40,182.80 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was   05/27/2014   and the deadline for filing governmental claims was   07/28/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 13,498.54 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 10,474.03   as interim compensation and now requests a sum of $ 3,024.51 , for a total compensation of $ 13,498.54 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 500.00 , and now requests reimbursement for expenses of $ 9.28 , for total expenses of $ 509.28 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/05/2017                 By:/s/BRENDA PORTER HELMS, TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No.: | 14-02322 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | FRANK A. DAMATO, Jr. | | | | Date Filed (f) or Converted (c): | 01/27/2014 (f) |
| | | | | | 341(a) Meeting Date: | 02/19/2014 |
| For Period Ending: | 07/05/2017 | | | | Claims Bar Date: | 05/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Condo at 5 N. 205 Eagle Terrace, Unit 7 Itasca, IL  per order 3/20/15 [dkt 58] approving compromise with Debtor | 55,000.00 | 0.00 | | 30,000.00 | FA |
| 2. Residence: 21 W. 380 Par Lane, Itasca IL 60143 | 175,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking account ending in #2479 at U.S. Bank held | 2,185.00 | 0.00 | | 0.00 | FA |
| 5. Savings account ending in #5158 at U.S. Bank held | 405.00 | 0.00 | | 0.00 | FA |
| 6. Checking account ending in #2901 at Oxford Bank | 733.00 | 0.00 | | 0.00 | FA |
| 7. Fidelity Funds account ending in #991 held jointly  Trustee made demand upon debtor and recovered the non-exempt balance in the account | 10,085.00 | 0.00 | | 9,570.00 | FA |
| 8. Household goods | 1,300.00 | 0.00 | | 0.00 | FA |
| 9. Books/Collectibles | 50.00 | 0.00 | | 0.00 | FA |
| 10. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Furs & Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 12. Sports and photography equipment | 100.00 | 0.00 | | 0.00 | FA |
| 13. Midland National Life Policy ending in #942. | 13,811.00 | 0.00 | | 0.00 | FA |
| 14. LiUNA National 401K plan | 26,807.00 | 0.00 | | 0.00 | FA |
| 15. Cook County 457(b) Retirement Plan | 155,292.00 | 0.00 | | 0.00 | FA |
| 16. Millenium Trust Co. Custodian for F Damato IRA | 55,000.00 | 0.00 | | 0.00 | FA |
| 17. Scottrade Rollover IRA Acct ending in #440 | 14,551.00 | 0.00 | | 0.00 | FA |
| 18. 100% ownership of West Loop Development and Invest | Unknown | 0.00 | | 0.00 | FA |
| 19. 50% shareholder interest in Vanderlay Wash, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 20. 25% membership interest in BBBD, LLC.  Per order 3/20/15 [dkt 58] approving compromise with Debtor | 138,125.00 | 0.00 | | 45,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-02322 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | FRANK A. DAMATO, Jr. | | | | Date Filed (f) or Converted (c): | 01/27/2014 (f) |
| | | | | | 341(a) Meeting Date: | 02/19/2014 |
| For Period Ending: | 07/05/2017 | | | | Claims Bar Date: | 05/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. 25% shareholder interest in Conti 4 Inc. | 12,500.00 | 0.00 | | 0.00 | FA |
| 22. 50% shareholder interest in Huntley Estates, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 23. 50% interest in AF Properties of Illinois, LLC. | 0.00 | 0.00 | | 0.00 | FA |
| 24. 50% interest in 2300 Corporation. | 0.00 | 0.00 | | 0.00 | FA |
| 25. 50% shareholder interest in Lago Mar Corp. | 0.00 | 0.00 | | 0.00 | FA |
| 26. 16' United Trailer | 600.00 | 0.00 | | 0.00 | FA |
| 27. Real property at 7363 South Shore Dr, Chicago (u)<br><br>Per compromise approved by this Court's order dated 3/20/15 [dkt 58] Debtor to pay the Estate $7,000 for the value of the real property transfered to the Debtor's wife within the statute of limitations period for fraudulent transfer | 0.00 | 7,000.00 | | 7,000.00 | FA |
| 28. Tax Refund (u) | 0.00 | 87.00 | | 87.00 | FA |
| 29. Red Light Camera Commissions (u)<br><br>Order dated 3/20/15 [dkt 57] compelling DSC to turnover commission checks | Unknown | 0.00 | | 101,815.24 | FA |
| 30. Rent from Itasca condo (u) | 0.00 | 11,498.57 | | 11,498.57 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $662,744.00 | $18,585.57 | | $204,970.81 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Trustee negotiating with debtor for purchase of assets.
Trustee has liquidated debtor's assets; Red Light Camera contract still being investigated

9/30/16:  Trustee notified Red Light Camera contract has been terminated.

3/2/17: Trustee received the funds for Asset #28 on 10/3/16.

Exhibit A

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 05/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 14-02322 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: FRANK A. DAMATO, Jr. | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX1749 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0206 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 07/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/14 | 7 | DAMATO, FRANK | liquidation of bank account Turnover of non-exempt funds in Fidelity account | 1129-000 | $9,570.00 | | $9,570.00 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $9,560.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.75 | $9,546.25 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.19 | $9,532.06 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.71 | $9,518.35 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.15 | $9,504.20 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.13 | $9,490.07 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.65 | $9,476.42 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.09 | $9,462.33 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.61 | $9,448.72 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.05 | $9,434.67 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.03 | $9,420.64 |
| 02/19/15 | 10001 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $6.74 | $9,413.90 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $12.65 | $9,401.25 |
| 03/26/15 | 30 | DAMATO, FRANK | rents from Itasca condo | 1222-000 | $11,498.57 | | $20,899.82 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $17.28 | $20,882.54 |
| 04/28/15 | 29 | DSC ENTERPRISE INC. 6 Oak Brook Club Dr. J-108 Oak Brook IL 60523 | Red light camera commissions | 1223-000 | $10,332.00 | | $31,214.54 |

| | | | | | |
|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | | Page Subtotals: | | $31,400.57 | $186.03 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-02322 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: FRANK A. DAMATO, Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1749 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0206 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/15 | 1 | DAMATO, FRANK | debtor's equity in Itasca condo per compromise approved by court order 53/20/15 [dkt 58] | 1110-000 | $30,000.00 | | $61,214.54 |
| 05/01/15 | 20 | DAMATO, FRANK | debtor's interest in BBBD, LLC per order dated 3/20/15 [dkt 58] | 1129-000 | $45,000.00 | | $106,214.54 |
| 05/01/15 | 27 | DAMATO, FRANK | debtor's interest 7363 Shore Shore Dr per order dated 3/20/15 [dkt 58] | 1241-000 | $7,000.00 | | $113,214.54 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $88.65 | $113,125.89 |
| 05/19/15 | 29 | DSC ENTERPRISE INC. 6 Oak Brook Club Dr.  #J-108Oak Brook IL 60523 | Turnover of checks per order 3/20/15 [dkt 57] Deposited 4/2/15-posted to ledger 5/19/15 | 1223-000 | $41,080.00 | | $154,205.89 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $229.22 | $153,976.67 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $221.52 | $153,755.15 |
| 07/08/15 | 20 | DSC Enterprise Inc. 6 Oak Brook Club Dr.  #J-108 Oak Brook IL 60523 | commission for red light cameras in Lakemoor (reversed) | 1129-000 | $7,575.00 | | $161,330.15 |
| 07/20/15 | 29 | DSC Enterprise Inc 6 Oak Brook Club Dr.  Unit J-108 Oak Brook IL 60523 | commission on DSC commission from DSC | 1223-000 | $7,575.00 | | $168,905.15 |
| 07/22/15 | 10002 | FIRSTMERIT BANK N.A. Michelle G Novick, Arnstein & Lehr LLP 120 S Riverside Plaza, Suite 1200 Chicago, IL  60606 | INTERIM distribution per court order dated 6/26/15 Docket #64 | 7100-000 | | $84,318.02 | $84,587.13 |
| 07/22/15 | 10003 | RSS FDIC2012C1-IL AWS LLC c/o Polsinelli PC Attn: Jerry L. Switzer/Tiffany R. Harper 161 N Clark Street, Suite 4200 Chicago, IL  60601 | INTERIM distribution per order 6/26/15 [dkt 64] | 7100-000 | | $48,413.84 | $36,173.29 |
| 07/30/15 | 10004 | The Helms Law Firm P.C. | trustee compensation per order 6/26/15 [dkt 63] | 2100-000 | | $10,474.03 | $25,699.26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 7)* | | Page Subtotals: | | | $138,230.00 | $143,745.28 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-02322 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: FRANK A. DAMATO, Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1749 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0206 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/30/15 | 10005 | The Helms Law Firm P.C. | trustee expenses per order 6/26/15 [dkt 63] | 2200-000 | | $500.00 | $25,199.26 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $220.82 | $24,978.44 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.27 | $24,942.17 |
| 09/22/15 | 29 | DSC Enterprise Inc. 6 Oak Brook Club Dr. #J-108 Oak Brook IL 60523 | Account receivable from red light camera | 1223-000 | $6,773.00 | | $31,715.17 |
| 09/25/15 | 20 | DSC Enterprise Inc. 6 Oak Brook Club Dr. #J-108 Oak Brook IL 60523 | commission for red light cameras in Lakemoor Reversal duplicate deposit; see entry dated 7/20/15 | 1129-000 | ($7,575.00) | | $24,140.17 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.91 | $24,112.26 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.85 | $24,076.41 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.55 | $24,039.86 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.19 | $23,995.67 |
| 01/12/16 | 18 | DSC Enterprise Inc | Receipt from red light camera contract (reversed) | 1121-000 | $5,217.24 | | $29,212.91 |
| 01/28/16 | 29 | DSC Enterprises Inc. | Account receivable from red light camera replacement check due to illegible endorsement on first check | 1223-000 | $5,217.24 | | $34,430.15 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*      Page Subtotals:      $9,632.48      $901.59

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 14-02322 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: FRANK A. DAMATO, Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1749 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0206 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/16 | 18 | DSC Enterprise Inc | Receipt from red light camera contract Reversal check returned to maker; endorsement illegible; check reissued by maker | 1121-000 | ($5,217.24) | | $29,212.91 |
| 02/01/16 | 29 | DSC ENTERPRISE INC. 6 Oak Brook Club Dr. J-108 Oak Brook, IL 60523 | Account receivable from red light camera Posted to account 11/24/15 | 1223-000 | $5,687.00 | | $34,899.91 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.63 | $34,852.28 |
| 02/25/16 | 10006 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $20.94 | $34,831.34 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.46 | $34,782.88 |
| 04/04/16 | 29 | DSC Enterprises Inc. | Lakemoor Red light commission 1st qtr 2016 | 1223-000 | $9,330.00 | | $44,112.88 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.59 | $44,060.29 |
| 04/18/16 | 10007 | Illinois Dept of Revenue | 2015 estimated tax amount due | 2820-000 | | $2,400.00 | $41,660.29 |
| 04/18/16 | 10008 | U.S. Treasury | 2015 estimated tax payment | 2810-000 | | $9,200.00 | $32,460.29 |
| 05/06/16 | | Associated Bank | Service Fee Posted to account 2/12/16 | 2600-000 | | $12.00 | $32,448.29 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.15 | $32,400.14 |
| 06/11/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $60.48 | $32,339.66 |
| 06/21/16 | 29 | DSC Enterprise Inc. | commission for red light cameras in Lakemoor | 1223-000 | $6,783.00 | | $39,122.66 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.46 | $39,073.20 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*      Page Subtotals:      $16,582.76      $11,939.71

Case 14-02322  Doc 80  Filed 09/18/17  Entered 09/18/17 14:35:02  Desc Main
          Document      Page 10 of 17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-02322 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | FRANK A. DAMATO, Jr. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1749 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0206 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.09 | $39,015.11 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.00 | $38,957.11 |
| 09/28/16 | 10009 | Alan D. Lasko & Associates, P.Cc | Accountant fees per order 9/16/16 [dkt 72] | 3410-000 | | $3,657.30 | $35,299.81 |
| 09/28/16 | 10010 | Alan D. Lasko & Associates, P.C. | Accountant fees per order 9/16/16 [dkt 72] | 3420-000 | | $20.30 | $35,279.51 |
| 10/03/16 | 29 | DSC Enterprises, Inc. | commission for red light cameras in Lakemoor | 1223-000 | $9,038.00 | | $44,317.51 |
| 10/03/16 | 28 | Treasurer of State of Illinois | tax refund | 1224-000 | $87.00 | | $44,404.51 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.05 | $44,348.46 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.50 | $44,282.96 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.71 | $44,219.25 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.74 | $44,153.51 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.65 | $44,087.86 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.21 | $44,028.65 |
| 03/09/17 | 10011 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA 70139 | Bond #016073584 Reversal check printed without MICR cartridge | 2300-000 | | ($18.27) | $44,046.92 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 10)* | Page Subtotals: | $9,125.00 | $4,151.28 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-02322 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | FRANK A. DAMATO, Jr. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1749 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0206 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/05/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/09/17 | 10011 | INTERNATIONAL SURETIES<br>701 Polydras St. #420<br>New Orleans, LA 70139 | Bond #016073584<br>(Reversed) | 2300-000 | | $18.27 | $44,028.65 |
| 03/09/17 | 10012 | INTERNATIONAL SURETIES<br>701 Polydras St. #420<br>New Orleans, LA 70139 | Bond # 016073584 | 2300-000 | | $18.27 | $44,010.38 |
| 03/17/17 | 10013 | DEPARTMENT OF TREASURY | 2016 1041 46-02322<br>Paid per order dated 4/7/17 [dkt 79] | 2810-000 | | $2,559.00 | $41,451.38 |
| 03/17/17 | 10014 | ILLINOIS DEPT OF REVENUE | 2016 1041 46-7380206<br>Paid per order dated 4/7/17 [dkt 79] | 2820-000 | | $1,146.00 | $40,305.38 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.68 | $40,240.70 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.90 | $40,182.80 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $204,970.81 | $164,788.01 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $204,970.81 | $164,788.01 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $204,970.81 | $164,788.01 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*      Page Subtotals:      $0.00      $3,864.12

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1749 - Checking Account (Non-Interest Earn | $204,970.81 | $164,788.01 | $40,182.80 |
|  | $204,970.81 | $164,788.01 | $40,182.80 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $204,970.81 |
| Total Gross Receipts: | $204,970.81 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-02322-JSB  
Debtor Name: FRANK A. DAMATO, Jr.  
Claims Bar Date: 5/27/2014

Date: July 5, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 2100 | TRUSTEE BRENDA PORTER HELMS<br>Brenda Porter Helms | Administrative | Interim compensation ($10,474.03) awarded and paid per order 6/26/15 [dkt 63] | $0.00 | $13,498.54 | $13,498.54 |
| 1 2200 | TRUSTEE BRENDA PORTER HELMS<br>Brenda Porter Helms, Trustee | Administrative | Expenses ($500.00) awarded and paid per order 6/26/15 [dkt 63] | $0.00 | $509.28 | $509.28 |
| BOND 999 2300 | ARTHUR B. LEVINE COMPANY<br>Arthur B. Levine Company | Administrative | | $0.00 | $27.68 | $27.68 |
| BOND 100 2300 | INTERNATIONAL SURETIES<br>701 Polydras St. #420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $18.27 | $18.27 |
| 100 3410 | ALAN D. LASKO & ASSOCIATES<br>29 S. LaSalle St., Suite 1240<br>Chicago, IL 60603 | Administrative | Interim compensation awarded per order 9/16/16 [dkt 72] $3,657.30<br>Final compensation requested $1,446.00 | $0.00 | $5,103.30 | $5,103.30 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES<br>29 S. LaSalle St., Suite 1240<br>Chicago, IL 60603 | Administrative | Expenses awarded per order 9/16/16 [dkt 72] $20.30<br>Final expenses requested $18.60 | $0.00 | $38.90 | $38.90 |
| 2 58 5800 | INTERNAL REVENUE SERVICE<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Priority | Claim amended 5/1/14 to $0 | $0.00 | $0.00 | $0.00 |
| 3 58 5800 | INTERNAL REVENUE SERVICE<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Priority | Claim amended 5/1/14 to $0 | $13,100.00 | $0.00 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:14-02322-JSB  
Debtor Name: FRANK A. DAMATO, Jr.  
Claims Bar Date: 5/27/2014  
Date: July 5, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 / 70 / 7100 | FIRSTMERIT BANK N.A.<br>Michelle G Novick, Arnstein & Lehr LLP<br>120 S Riverside Plaza, Suite 1200<br>Chicago, IL 60606 | Unsecured | claim amended 6/19/14; claim register incorrectly lists claim amount as $748,020.81, POC clearly asserts unsecured claim in the amount of $648,020.81 | $721,726.00 | $648,020.81 | $648,020.81 |
| 4 / 70 / 7100 | RSS FDIC2012C1-IL AWS LLC<br>c/o Polsinelli PC<br>Attn: Jerry L. Switzer/Tiffany R. Harper<br>161 N Clark Street, Suite 4200<br>Chicago, IL 60601 | Unsecured | claim amended 1/27/15 | $890,000.00 | $372,081.49 | $372,081.49 |
|  | Case Totals |  |  | $1,624,826.00 | $1,039,298.27 | $1,039,298.27 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-02322
Case Name: FRANK A. DAMATO, Jr.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

| | | |
|---|---|---|
| Balance on hand | $ | 40,182.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: TRUSTEE BRENDA PORTER HELMS | $ 13,498.54 | $ 10,474.03 | $ 3,024.51 |
| Trustee Expenses: TRUSTEE BRENDA PORTER HELMS | $ 509.28 | $ 500.00 | $ 9.28 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES | $ 5,103.30 | $ 3,657.30 | $ 1,446.00 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES | $ 38.90 | $ 20.30 | $ 18.60 |
| Other: ARTHUR B. LEVINE COMPANY | $ 27.68 | $ 27.68 | $ 0.00 |
| Other: INTERNATIONAL SURETIES | $ 18.27 | $ 18.27 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 4,498.39 |
| Remaining Balance | $ 35,684.41 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | INTERNAL REVENUE SERVICE | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors       $          0.00

Remaining Balance                            $     35,684.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,020,102.30  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  16.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIRSTMERIT BANK N.A. | $ 648,020.81 | $ 84,318.02 | $ 22,668.55 |
| 4 | RSS FDIC2012C1-IL AWS LLC | $ 372,081.49 | $ 48,413.84 | $ 13,015.86 |

Total to be paid to timely general unsecured creditors       $     35,684.41

Remaining Balance                                            $          0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE