IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 14-02322 |
| FRANK A. DAMATO, JR. | ) | |
| | ) | HON. JANET S. BAER |
| | ) | BANKRUPTCY JUDGE |

## NOTICE OF MOTION

TO: Parties listed on the attached Service List

    PLEASE TAKE NOTICE that on October 20, 2017, at 11:00 a.m. the undersigned will appear before the Honorable Janet S. Baer, United States Bankruptcy Judge, or any other judge sitting in her place and stead, at Room 240, Kane County Courthouse, 100 S. third Street, Geneva Illinois and then and there present the attached motion, a copy of which is attached hereto and hereby served upon you.

                                                           _/s/ Brenda Porter Helms

## CERTIFICATE OF SERVICE

    The undersigned certifies that pursuant to Section H, B, 4 of the Administrative Procedures for the Case Management/Electronic Case filing System, service of the above-mentioned Motion on all parties identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants and, as to all other parties on the attached Service List, he/she was served a copy as set forth therein, this September 20, 2017, at 3400 W. Lawrence Avenue, Chicago Illinois.

                                                           __/s/ Brenda Porter Helms____

Brenda Porter Helms
#6184302
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

## SERVICE LIST

Service via Court's electronic notification system

Office of U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Kent Gaertner

Via first class mail, postage prepaid

Frank A. Damato, Jr.
21W380 Par Lane
Itasca IL 60143

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 14-02322 |
| FRANK A. DAMATO, JR., | ) | |
| | ) | HON. JANET S. BAER |
| Debtor. | ) | BANKRUPTCY JUDGE |

### APPLICATION FOR FINAL TRUSTEE COMPENSATION
### AND EXPENSE REIMBURSEMENT

NOW COMES the Trustee herein, Brenda Porter Helms, pursuant to 11 U.S.C. section 330 and requests $13,498.54 as final compensation, $10,474.03 of which has previously been paid. Trustee also requests reimbursement of actual expenses incurred in the amount of $509.28 of which $500.00 has previously been paid.

### COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $204,970.81. Pursuant to 11 U.S.C. section 326(a), compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the first $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $34,701.50 | $4,500.00 | ($4,500.00 max.) |
| 5% of the next $154,970.81 | $7,748.54 | ($47,500.00 max.) |

TOTAL ALLOWABLE COMPENSATION        $13,498.54

PRIOR COMPENSATION PAID              $10,474.03
(per this Court's order dated 6/26/15 [dkt 63])

TOTAL COMPENSATION AVAILABLE         $3,024.51

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised to the undersigned

in any capacity in connection with the above captioned case, except as previously authorized and approved by the Bankruptcy Court.

During the administration of this case, Trustee has incurred actual and necessary expenses in the amount of $509.28. Trustee was previously awarded and paid $500.00 per this Court's order dated June 26, 2015 [dkt 63]. Trustee now requests reimbursement of expenses in the amount of $9.28. The unpaid expenses were incurred for the mailing of the Estate's tax returns to federal and state taxing authorities and the service of the Trustee's Notice of Final Hearing to the Debtor and the Estate's creditors with filed claims.

WHEREFORE, for the reasons set forth above, the Trustee herein, Brenda Porter Helms, respectfully requests that this Court enter an order authorizing final compensation and expense reimbursement as set forth above and for such further relief as this Court deems appropriate.

/s/ Brenda Porter Helms, Trustee

Brenda Porter Helms
#6184302
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
brenda.helms@albanybank.com

## TASKS PEFORMED BY TRUSTEE

## BRENDA PORTER HELMS

Since June 26, 2015 when interim compensation was awarded to the Trustee, the Trustee has reviewed the tax returns prepared by the accountant. The Trustee has drafted, filed and appeared in Court on two separate motions to pay taxes to the Internal Revenue Service and Illinois Dept of Revenue as administrative expenses (4 hours). The Trustee has continued to deposit funds into the estate account from red light camera commissions (1 hour). The Trustee deposited and maintained all funds received in a segregated account, reconciled the account on a monthly basis and included the account in their annual Trustee reports (1.2 hours).

The Trustee has drafted Final Report and Notice of Final Report (4.5 hours). After the applications for compensation are approved, the Trustee will distribute the money in the bank account to creditors, will monitor the bank statements for a $-0- bank statement and prepare and submit to U.S. Trustee a TDR (estimated time 3.0 hours).

TOTAL TIME:   13.7 hours @ $450 = $6,165.00