IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 14-02322 |
| | ) | |
| FRANK DAMATO JR. | ) | HON. JANET BAER |
| | ) | BANKRUPTCY JUDGE |

## CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served upon the parties listed on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 20th day of September, 2017 at 3400 W. Lawrence Ave., Chicago, Illinois.

/s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

SERVICE LIST

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago IL 60604

Michelle Novick
Saul Ewing, et al
161 N. Clark St. #4200
Chicago IL 60601

Tiffany Harper
Jerry Switzer
Polsinelli PC
150 N. Riverside Plaza #3000
Chicago IL 60606