# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| FRANK A. DAMATO, Jr. § | Case No. 14-02322 |
| § | |
| Debtor § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                              Assets Exempt: 804,564.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  168,416.27       Claims Discharged
                                                    Without Payment:  1,176,390.03

Total Expenses of Administration:  36,554.54

---

3) Total gross receipts of $ 204,970.81  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 204,970.81  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 303,060.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 36,554.54 | 36,554.54 | 36,554.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 14,962.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,631,508.00 | 1,020,102.30 | 1,020,102.30 | 168,416.27 |
| **TOTAL DISBURSEMENTS** | $ 1,949,530.00 | $ 1,056,656.84 | $ 1,056,656.84 | $ 204,970.81 |

  4) This case was originally filed under chapter 7 on 01/27/2014 . The case was pending for 47 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/11/2017   By:/s/BRENDA PORTER HELMS, TRUSTEE
               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Condo at 5 N. 205 Eagle Terrace, Unit 7 Itasca, IL | 1110-000 | 30,000.00 |
| 25% membership interest in BBBD, LLC. | 1129-000 | 45,000.00 |
| Fidelity Funds account ending in #991 held jointly | 1129-000 | 9,570.00 |
| Rent from Itasca condo | 1222-000 | 11,498.57 |
| Red Light Camera Commissions | 1223-000 | 101,815.24 |
| Tax Refund | 1224-000 | 87.00 |
| Real property at 7363 South Shore Dr, Chicago | 1241-000 | 7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$204,970.81** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BBBD Corp. 4536 N. Elston Av. Chicago, IL 60630 | | 5,000.00 | NA | NA | 0.00 |
| | Sherman Dodge 7601 Skokie Rd. Skokie, IL 60077 | | 14,515.00 | NA | NA | 0.00 |
| | Wells Fargo Mortgage P.O. Box 14411 Des Moines, IA 50306-3411 | | 283,545.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 303,060.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE BRENDA PORTER HELMS | 2100-000 | NA | 13,498.54 | 13,498.54 | 13,498.54 |
| TRUSTEE BRENDA PORTER HELMS | 2200-000 | NA | 509.28 | 509.28 | 509.28 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 27.68 | 27.68 | 27.68 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 18.27 | 18.27 | 18.27 |
| ASSOCIATED BANK | 2600-000 | NA | 2,053.57 | 2,053.57 | 2,053.57 |
| DEPARTMENT OF TREASURY | 2810-000 | NA | 2,559.00 | 2,559.00 | 2,559.00 |
| U.S. Treasury | 2810-000 | NA | 9,200.00 | 9,200.00 | 9,200.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Dept of Revenue | 2820-000 | NA | 3,546.00 | 3,546.00 | 3,546.00 |
| ALAN D. LASKO & ASSOCIATES | 3410-000 | NA | 5,103.30 | 5,103.30 | 5,103.30 |
| ALAN D. LASKO & ASSOCIATES | 3420-000 | NA | 38.90 | 38.90 | 38.90 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 36,554.54 | $ 36,554.54 | $ 36,554.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60602 | | 625.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn St. Chicago, IL 60604 |  | 1,237.00 | NA | NA | 0.00 |
| 2 | INTERNAL REVENUE SERVICE | 5800-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | INTERNAL REVENUE SERVICE | 5800-000 | 13,100.00 | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ 14,962.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Arthur Shabez 29 W. 723 Vale Rd. West Chicago, IL 60185 |  | 0.00 | NA | NA | 0.00 |
|  | Bank of America P.O. Box 851001 Dallas, TX 75225-1001 |  | 0.00 | NA | NA | 0.00 |
|  | Bank of America P.O. Box 982235 El Paso, TX 79998-2235 |  | 10,516.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Madsen Sugden & Gottemoller One No. Virginia Crystal Lake, IL 60014 | | 0.00 | NA | NA | 0.00 |
| | Pavlovich Law LLC 2900 W. Irving Park Rd. Suite #2 Chicago, IL 60618 | | 0.00 | NA | NA | 0.00 |
| | RSS FDIC2012C!- AWS,LLC sucessor to Wells Fargo Bank N.A.c/o Polsinelli P.C.  161 N. Clark St. #4200 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | U.S. Bank P.O. Box 1800 Saint Paul, MN 55101 | | 3,151.00 | NA | NA | 0.00 |
| | U.S. Bank P.O. Box 1800 Saint Paul, MN 55101 | | 3,415.00 | NA | NA | 0.00 |
| | Weissberg and Assoc 401 S. LaSalle St. Suite #403 Chicago, IL 60605 | | 2,700.00 | NA | NA | 0.00 |
| 1 | FIRSTMERIT BANK N.A. | 7100-000 | 721,726.00 | 648,020.81 | 648,020.81 | 106,986.57 |
| 4 | RSS FDIC2012C1-IL AWS LLC | 7100-000 | 890,000.00 | 372,081.49 | 372,081.49 | 61,429.70 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 1,631,508.00 | $ 1,020,102.30 | $ 1,020,102.30 | $ 168,416.27 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-02322 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | FRANK A. DAMATO, Jr. | | | | Date Filed (f) or Converted (c): | 01/27/2014 (f) |
| | | | | | 341(a) Meeting Date: | 02/19/2014 |
| For Period Ending: | 12/11/2017 | | | | Claims Bar Date: | 05/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Condo at 5 N. 205 Eagle Terrace, Unit 7 Itasca, IL<br><br>per order 3/20/15 [dkt 58] approving compromise with Debtor | 55,000.00 | 0.00 | | 30,000.00 | FA |
| 2. Residence: 21 W. 380 Par Lane, Itasca IL 60143 | 175,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 4. Checking account ending in #2479 at U.S. Bank held | 2,185.00 | 0.00 | | 0.00 | FA |
| 5. Savings account ending in #5158 at U.S. Bank held | 405.00 | 0.00 | | 0.00 | FA |
| 6. Checking account ending in #2901 at Oxford Bank | 733.00 | 0.00 | | 0.00 | FA |
| 7. Fidelity Funds account ending in #991 held jointly<br><br>Trustee made demand upon debtor and recovered the non-exempt balance in the account | 10,085.00 | 0.00 | | 9,570.00 | FA |
| 8. Household goods | 1,300.00 | 0.00 | | 0.00 | FA |
| 9. Books/Collectibles | 50.00 | 0.00 | | 0.00 | FA |
| 10. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Furs & Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 12. Sports and photography equipment | 100.00 | 0.00 | | 0.00 | FA |
| 13. Midland National Life Policy ending in #942. | 13,811.00 | 0.00 | | 0.00 | FA |
| 14. LiUNA National 401K plan | 26,807.00 | 0.00 | | 0.00 | FA |
| 15. Cook County 457(b) Retirement Plan | 155,292.00 | 0.00 | | 0.00 | FA |
| 16. Millenium Trust Co. Custodian for F Damato IRA | 55,000.00 | 0.00 | | 0.00 | FA |
| 17. Scottrade Rollover IRA Acct ending in #440 | 14,551.00 | 0.00 | | 0.00 | FA |
| 18. 100% ownership of West Loop Development and Invest | Unknown | 0.00 | | 0.00 | FA |
| 19. 50% shareholder interest in Vanderlay Wash, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 20. 25% membership interest in BBBD, LLC.<br><br>Per order 3/20/15 [dkt 58] approving compromise with Debtor | 138,125.00 | 0.00 | | 45,000.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 14-02322 | JSB | Judge: | Janet S. Baer | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | FRANK A. DAMATO, Jr. | | | | Date Filed (f) or Converted (c): | 01/27/2014 (f) |
| | | | | | 341(a) Meeting Date: | 02/19/2014 |
| For Period Ending: | 12/11/2017 | | | | Claims Bar Date: | 05/27/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21. 25% shareholder interest in Conti 4 Inc. | 12,500.00 | 0.00 | | 0.00 | FA |
| 22. 50% shareholder interest in Huntley Estates, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 23. 50% interest in AF Properties of Illinois, LLC. | 0.00 | 0.00 | | 0.00 | FA |
| 24. 50% interest in 2300 Corporation. | 0.00 | 0.00 | | 0.00 | FA |
| 25. 50% shareholder interest in Lago Mar Corp. | 0.00 | 0.00 | | 0.00 | FA |
| 26. 16' United Trailer | 600.00 | 0.00 | | 0.00 | FA |
| 27. Real property at 7363 South Shore Dr, Chicago (u) Per compromise approved by this Court's order dated 3/20/15 [dkt 58] Debtor to pay the Estate $7,000 for the value of the real property transfered to the Debtor's wife within the statute of limitations period for fraudulent transfer | 0.00 | 7,000.00 | | 7,000.00 | FA |
| 28. Tax Refund (u) | 0.00 | 87.00 | | 87.00 | FA |
| 29. Red Light Camera Commissions (u) Order dated 3/20/15 [dkt 57] compelling DSC to turnover commission checks | Unknown | 0.00 | | 101,815.24 | FA |
| 30. Rent from Itasca condo (u) | 0.00 | 11,498.57 | | 11,498.57 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $662,744.00 | $18,585.57 | | $204,970.81 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee negotiating with debtor for purchase of assets.
Trustee has liquidated debtor's assets; Red Light Camera contract still being investigated

9/30/16:  Trustee notified Red Light Camera contract has been terminated.

3/2/17:  Trustee received the funds for Asset #28 on 10/3/16.

9/30/17: Trustee submitted TFR and hearing on applications for compensation scheduled for 10/20/17

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2015        Current Projected Date of Final Report (TFR): 05/31/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-02322 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: FRANK A. DAMATO, Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1749 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0206 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/14 | 7 | DAMATO, FRANK | liquidation of bank account Turnover of non-exempt funds in Fidelity account | 1129-000 | $9,570.00 | | $9,570.00 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $9,560.00 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.75 | $9,546.25 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.19 | $9,532.06 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.71 | $9,518.35 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.15 | $9,504.20 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.13 | $9,490.07 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.65 | $9,476.42 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.09 | $9,462.33 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.61 | $9,448.72 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.05 | $9,434.67 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.03 | $9,420.64 |
| 02/19/15 | 10001 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $6.74 | $9,413.90 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $12.65 | $9,401.25 |
| 03/26/15 | 30 | DAMATO, FRANK | rents from Itasca condo | 1222-000 | $11,498.57 | | $20,899.82 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $17.28 | $20,882.54 |
| 04/28/15 | 29 | DSC ENTERPRISE INC. 6 Oak Brook Club Dr.  J-108Oak Brook IL 60523 | Red light camera commissions | 1223-000 | $10,332.00 | | $31,214.54 |
| | | | Page Subtotals: | | $31,400.57 | $186.03 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-02322 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | FRANK A. DAMATO, Jr. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1749 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0206 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/11/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/15 | 1 | DAMATO, FRANK | debtor's equity in Itasca condo per compromise approved by court order 53/20/15 [dkt 58] | 1110-000 | $30,000.00 | | $61,214.54 |
| 05/01/15 | 20 | DAMATO, FRANK | debtor's interest in BBBD, LLC per order dated 3/20/15 [dkt 58] | 1129-000 | $45,000.00 | | $106,214.54 |
| 05/01/15 | 27 | DAMATO, FRANK | debtor's interest 7363 Shore Shore Dr per order dated 3/20/15 [dkt 58] | 1241-000 | $7,000.00 | | $113,214.54 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $88.65 | $113,125.89 |
| 05/19/15 | 29 | DSC ENTERPRISE INC. 6 Oak Brook Club Dr. #J-108 Oak Brook IL 60523 | Turnover of checks per order 3/20/15 [dkt 57] Deposited 4/2/15-posted to ledger 5/19/15 | 1223-000 | $41,080.00 | | $154,205.89 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $229.22 | $153,976.67 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $221.52 | $153,755.15 |
| 07/08/15 | 20 | DSC Enterprise Inc. 6 Oak Brook Club Dr. #J-108 Oak Brook IL 60523 | commission for red light cameras in Lakemoor (reversed) | 1129-000 | $7,575.00 | | $161,330.15 |
| 07/20/15 | 29 | DSC Enterprise Inc 6 Oak Brook Club Dr. Unit J-108 Oak Brook IL 60523 | commission on DSC commission from DSC | 1223-000 | $7,575.00 | | $168,905.15 |
| 07/22/15 | 10002 | FIRSTMERIT BANK N.A. Michelle G Novick, Arnstein & Lehr LLP 120 S Riverside Plaza, Suite 1200 Chicago, IL 60606 | INTERIM distribution per court order dated 6/26/15 Docket #64 | 7100-000 | | $84,318.02 | $84,587.13 |
| 07/22/15 | 10003 | RSS FDIC2012C1-IL AWS LLC c/o Polsinelli PC Attn: Jerry L. Switzer/Tiffany R. Harper 161 N Clark Street, Suite 4200 Chicago, IL 60601 | INTERIM distribution per order 6/26/15 [dkt 64] | 7100-000 | | $48,413.84 | $36,173.29 |
| 07/30/15 | 10004 | The Helms Law Firm P.C. | trustee compensation per order 6/26/15 [dkt 63] | 2100-000 | | $10,474.03 | $25,699.26 |

Page Subtotals: $138,230.00   $143,745.28

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-02322 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: FRANK A. DAMATO, Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1749 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0206 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/30/15 | 10005 | The Helms Law Firm P.C. | trustee expenses per order 6/26/15 [dkt 63] | 2200-000 | | $500.00 | $25,199.26 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $220.82 | $24,978.44 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.27 | $24,942.17 |
| 09/22/15 | 29 | DSC Enterprise Inc. 6 Oak Brook Club Dr. #J-108 Oak Brook IL 60523 | Account receivable from red light camera | 1223-000 | $6,773.00 | | $31,715.17 |
| 09/25/15 | 20 | DSC Enterprise Inc. 6 Oak Brook Club Dr. #J-108 Oak Brook IL 60523 | commission for red light cameras in Lakemoor Reversal duplicate deposit; see entry dated 7/20/15 | 1129-000 | ($7,575.00) | | $24,140.17 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.91 | $24,112.26 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.85 | $24,076.41 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.55 | $24,039.86 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.19 | $23,995.67 |
| 01/12/16 | 18 | DSC Enterprise Inc | Receipt from red light camera contract (reversed) | 1121-000 | $5,217.24 | | $29,212.91 |
| 01/28/16 | 29 | DSC Enterprises Inc. | Account receivable from red light camera replacement check due to illegible endorsement on first check | 1223-000 | $5,217.24 | | $34,430.15 |

| | | Page Subtotals: | | | $9,632.48 | $901.59 | |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-02322 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: FRANK A. DAMATO, Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1749 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0206 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/28/16 | 18 | DSC Enterprise Inc | Receipt from red light camera contract Reversal check returned to maker; endorsement illegible; check reissued by maker | 1121-000 | ($5,217.24) | | $29,212.91 |
| 02/01/16 | 29 | DSC ENTERPRISE INC. 6 Oak Brook Club Dr. J-108 Oak Brook, IL 60523 | Account receivable from red light camera Posted to account 11/24/15 | 1223-000 | $5,687.00 | | $34,899.91 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.63 | $34,852.28 |
| 02/25/16 | 10006 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $20.94 | $34,831.34 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.46 | $34,782.88 |
| 04/04/16 | 29 | DSC Enterprises Inc. | Lakemoor Red light commission 1st qtr 2016 | 1223-000 | $9,330.00 | | $44,112.88 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.59 | $44,060.29 |
| 04/18/16 | 10007 | Illinois Dept of Revenue | 2015 estimated tax amount due | 2820-000 | | $2,400.00 | $41,660.29 |
| 04/18/16 | 10008 | U.S. Treasury | 2015 estimated tax payment | 2810-000 | | $9,200.00 | $32,460.29 |
| 05/06/16 | | Associated Bank | Service Fee Posted to account 2/12/16 | 2600-000 | | $12.00 | $32,448.29 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.15 | $32,400.14 |
| 06/11/16 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $60.48 | $32,339.66 |
| 06/21/16 | 29 | DSC Enterprise Inc. | commission for red light cameras in Lakemoor | 1223-000 | $6,783.00 | | $39,122.66 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.46 | $39,073.20 |

Page Subtotals: $16,582.76 $11,939.71

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-02322 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: FRANK A. DAMATO, Jr. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1749 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0206 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.09 | $39,015.11 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.00 | $38,957.11 |
| 09/28/16 | 10009 | Alan D. Lasko & Associates, P.Cc | Accountant fees per order 9/16/16 [dkt 72] | 3410-000 | | $3,657.30 | $35,299.81 |
| 09/28/16 | 10010 | Alan D. Lasko & Associates, P.C. | Accountant fees per order 9/16/16 [dkt 72] | 3420-000 | | $20.30 | $35,279.51 |
| 10/03/16 | 29 | DSC Enterprises, Inc. | commission for red light cameras in Lakemoor | 1223-000 | $9,038.00 | | $44,317.51 |
| 10/03/16 | 28 | Treasurer of State of Illinois | tax refund | 1224-000 | $87.00 | | $44,404.51 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.05 | $44,348.46 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.50 | $44,282.96 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $63.71 | $44,219.25 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.74 | $44,153.51 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $65.65 | $44,087.86 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $59.21 | $44,028.65 |
| 03/09/17 | 10011 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA  70139 | Bond #016073584 Reversal check printed without MICR cartridge | 2300-000 | | ($18.27) | $44,046.92 |

Page Subtotals: $9,125.00   $4,151.28

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-02322 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| Case Name: | FRANK A. DAMATO, Jr. | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX1749 | |
| | | | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | XX-XXX0206 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 12/11/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/09/17 | 10011 | INTERNATIONAL SURETIES<br>701 Polydras St. #420<br>New Orleans, LA 70139 | Bond #016073584<br>(Reversed) | 2300-000 | | $18.27 | $44,028.65 |
| 03/09/17 | 10012 | INTERNATIONAL SURETIES<br>701 Polydras St. #420<br>New Orleans, LA 70139 | Bond # 016073584 | 2300-000 | | $18.27 | $44,010.38 |
| 03/17/17 | 10013 | DEPARTMENT OF TREASURY | 2016 1041 46-02322<br>Paid per order dated 4/7/17 [dkt 79] | 2810-000 | | $2,559.00 | $41,451.38 |
| 03/17/17 | 10014 | ILLINOIS DEPT OF REVENUE | 2016 1041 46-7380206<br>Paid per order dated 4/7/17 [dkt 79] | 2820-000 | | $1,146.00 | $40,305.38 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $64.68 | $40,240.70 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $57.90 | $40,182.80 |
| 11/03/17 | 10015 | Alan D. Lasko & Associates, P.C. | accountant fees per order 10/20/17 (dkt 85) | 3410-000 | | $1,446.00 | $38,736.80 |
| 11/03/17 | 10016 | Alan D. Lasko & Associates P.C. | accountant expenses per court order 10/20/17 (dkt 85) | 3420-000 | | $18.60 | $38,718.20 |
| 11/03/17 | 10017 | The Helms Law Firm P.C. | trustee compensation per order 10/20/17 (dkt 86) | 2100-000 | | $3,024.51 | $35,693.69 |
| 11/03/17 | 10018 | The Helms Law Firm P.C. | trustee expenses per court order 10/20/17 (dkt 86) | 2200-000 | | $9.28 | $35,684.41 |
| 11/03/17 | 10019 | First Merit Bank | Final distibution to creditors | 7100-000 | | $22,668.55 | $13,015.86 |
| 11/03/17 | 10020 | RSS FDIC 2012 C1-IL AWS, LLC | Final distibution to creditors | 7100-000 | | $13,015.86 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $204,970.81 | $204,970.81 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $204,970.81 | $204,970.81 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $44,046.92 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Net $204,970.81   $204,970.81

Exhibit 9

Page Subtotals:                                    $0.00            $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1749 - Checking Account (Non-Interest Earn | $204,970.81 | $204,970.81 | $0.00 |
| | $204,970.81 | $204,970.81 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $204,970.81 |
| Total Gross Receipts: | $204,970.81 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*